JAMES E. HUNT, Respondent, *v.* JAMES M. HANLEY, Appellant.

*Hunt* v. *Hanley,* 129 App. Div. 920, affirmed.
(Argued March 2, 1910; decided March 22, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 11, 1909, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to foreclose a mechanic's lien.

*George M. S. Schulz* for appellant.

*Albert A. Hovell* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, WERNER, WILLARD BARTLETT and HISCOCK, JJ. Absent: CHASE, J.